IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00359-RPM-KLM

CYNTHIA CHURCH,

    Plaintiff,

v.

WESTERN CONTROL SERVICES,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [13], filed June 7, 2013, it is

    ORDERED that this civil action is dismissed with prejudice and each party to pay their own costs and attorney fees.

    DATED: June 7th , 2013

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge